IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES BRASSELL                                                                                          PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 3:05CV476LS

ROBERT TURNER, JR.                                                                                  DEFENDANT

## ORDER

This matter is before the court on the Defendant's Motion to Stay Discovery, which is based upon his recent filing of a Motion for Summary Judgment based upon the defense of immunity. Unif. Local R. 16.1(B)(4)(b) provides:

> The filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue pending the Court's ruling on the motion issue, including any appeal.

This case is therefore stayed, except for matters relating to the issue, pursuant to the Local Rules and is assigned to the suspension track. This includes matters discussed in the court's recent ruling on the Plaintiff's Motion to Compel Discovery, but any material previously ordered to be produced that is related to the immunity issue must be served on the Plaintiff within the time designated. Should any of that material be confidential, then the provisions related to submission of a Confidentiality Agreement and Protective Order still apply.

Counsel for Defendant shall promptly notify the Magistrate Judge by letter of a decision on the immunity defense motion and shall submit an order lifting the stay, if appropriate.

IT IS, THEREFORE, ORDERED, that the Defendant's Motion to Stay Discovery is hereby **granted**, as explained above.

IT IS SO ORDERED, this the 10th day of July, 2006.

                                                  S/James C. Sumner
                                      UNITED STATES MAGISTRATE JUDGE