**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| **JAMES BRASSELL** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 3:05CV476LS** |
| **ROBERT TURNER, JR.** | **DEFENDANT** |

## ORDER

This case is before the court on a submission of the Defendant's personnel file for *in camera* inspection. The basis for the inspection was the Plaintiff's request that material that could be admitted at trial, or could lead to the admissibility of evidence at trial, pursuant to Fed. R. Evid. 404(b) be identified and produced. The undersigned has thoroughly reviewed the file and finds nothing in it that should be produced to the Plaintiff.

IT IS, THEREFORE, ORDERED that an *in camera* inspection of the personnel file of the Defendant has revealed no discoverable documents. The complete file will be retained in this office until August 21, 2006, in the event that the Plaintiff seeks a review of this decision. After that date, counsel for the Defendant is to notify the court as to whether the material should be destroyed or will be retrieved from this office.

IT IS SO ORDERED, this the 31st day of July, 2006.

S/James C. Sumner
UNITED STATES MAGISTRATE JUDGE