```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

JAMES BRASSELL                                          PLAINTIFF

VS.                             CIVIL ACTION NO. 3:05CV476LS

ROBERT TURNER, JR.                                      DEFENDANT

## JUDGMENT

For the reasons set forth in the court's memorandum opinion and order entered November 15, 2006, it is ordered and adjudged that plaintiff's claims herein are dismissed with prejudice.

SO ORDERED AND ADJUDGED this 12th day of January, 2007.

                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE